UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICKY DEAN SHARRAH                                                                    PETITIONER

v.                                    No. 2:22-CV-02040

JIMMY DAMANTE                                                                         RESPONDENT

### ORDER

The Court has received a report and recommendation (Doc. 3) from Chief United States Magistrate Judge Mark E. Ford.  Plaintiff has filed objections (Doc. 4).  The Court has reviewed the report and recommendation de novo.  The Magistrate recommends that Plaintiff's habeas petition be dismissed without prejudice pursuant to the *Younger* abstention doctrine.  Plaintiff's objections offer neither law nor fact to overcome the requirement of *Younger* abstention.

IT IS THEREFORE ORDERED that the report and recommendation (Doc. 3) is ADOPTED IN FULL and this case is DISMISSED WITHOUT PREJUDICE.  Judgment will be entered separately.

IT IS SO ORDERED this 29th day of March, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE